UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

# CASE ACTION MEMORANDUM

| | | |
|---|---|---|
| PURPOSE OF CONFERENCE: | CASE MANAGEMENT CONFERENCE | ( ) |
| TELEPHONE ( ✘ ) | PRETRIAL CONFERENCE | ( ) |
| ACTUAL    ( ) | DISCOVERY | ( ) |
| | STATUS | ( ) |
| | SETTLEMENT | ( ✘ ) |
| | SCHEDULING | ( ) |

DATE & TIME: Wednesday, March 5, 2008 @ 11:00 a.m.

CASE NUMBER: 3:CV-07-1470

CAPTION:   USA v. Decker

COUNSEL FOR PLAINTIFF:              Michael T. McKeever
                                    Chris Murtha

COUNSEL FOR DEFENDANT:              Carl J. Molllica

CONFERENCE RESULTS:

♦   Parties working on something -- they are to call in three weeks for another conference call.